In The United States District Court
For The District of South Carolina

RECEIVED
USDC...
FLORENCE, SC
2021 NOV -4 PM 10: 14

| | |
|---|---|
| edward ortiz, a man-suo nomine, Plaintiff - Pro Se | Case No. |
| v. | Civil Action |
| Chaplain Messinger; d.b.a. Chaplain of Federal Bureau of Prisons, Defendant | Jury Trail Demanded |

## Complaint

Plaintiff edward ortiz, (ortiz) is a Federal prisoner proceeding pro se suo nomine and in Forma pauperis, complains of defendant Chaplain Messinger a Federal agent in his individual and official capacity as Follows:

1. Jurisdiction in this case is based on the Religious Freedom Restoration Act (RFRA), 42 U.S.C. §§ 2000bb-

Page 1 of 4

bb-4, as amended. And the amount in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand ($75,000) dollars.

2. On September 29, 2018, ortiz claiming to be Jewish was placed in Segregation Housing Unit (SHU), for refusing to work on the Holy Day of Sabbath. (see exhibit-a, attached hereto)

3. Chaplain Messinger had a 'pre-existing obligation' to correct the wrong being informed of the latter.

4. There was not a 'valid rational connection' between prison regulations and neutral government interest to justify Messinger's gross negligent conduct resulting in false imprisonment, illegal confinement in a 'bounded area' — SHU, causing ortiz unnecessary suffering, emotional distress, mental anguish, etc., thus, preventing ortiz from engaging in religious worship.

5. Ortiz's free exercise of religious rights were

violated, and substantially burdened by Messinger's negligence, and as a direct and proximate result ortiz suffered physical and mental pain and suffering.

Wherefore, plaintiff edward ortiz demands judgment against defendant Chaplain Messenger for the sum of $200,000, with interest and costs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/31/2021, (see 28 U.S.C. §1746)

Respectfully Submitted
Solely authored and executed
under affirmation by the order of i:
edward ortiz, a man-suo nomine,
pro se, reservation of all rights.

Plaintiff Demands Trail By Jury

Page 3 of 4

edward ortiz, #14506-014
F.C.I.- Williamburg
P.O. Box 340
Salters, SC 29590

Footnote:

1. Ortiz is a sincere adherent of Judaism, evident to the fact Federal Bureau of Prisons records on File/SENTRY reveal ortiz's religious classification as Jewish since 2014.

2. Ortiz exhausted all administrative remedies ending 12/27/2019. (attached hereto)

3. Chaplain Messinger's last known place of employment:

Federal Bureau of Prisons
Low Security Correctional Institution-Allenwood
White Deer, PA 17887

Page 4 of 4

## Certificate of Service

I, edward ortiz, a man-suo nomine did mail by postal matter deposit four (4) pages dated 10/31/2021, in the matter of a civil action:

edward ortiz
Plaintiff - Pro Se

v.

Chaplain Messinger
Defendant

To: Office of The Clerk
United States District Court
P O Box 2317
Florence, South Carolina 29503

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/31/2021. (see 28 U.S.C. §1746)

by the order of i:
edward ortiz, a man-suo nomine, pro se.